IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LONNIE W. GARRETT                                                                                    PLAINTIFF

V.                                          NO.  3:10-cv-00189 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## ORDER

Plaintiff has filed a motion for extension of time (doc. 11) in which to file his appeal brief and has stated that Defendant does not object to the request.  The motion is granted.  Plaintiff is granted to and including March 4, 2011, in which to file his brief.

IT IS SO ORDERED this 1st day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE